IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY D. THOMPSON                                                              PLAINTIFF

     v.                          CIVIL NO. 2:15-cv-02215-MEF

CAROLYN COLVIN,
Acting Commissioner of
Social Security Administration                                                    DEFENDANT

## FINAL JUDGMENT

     This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding application for Disability Insurance Benefits and Supplemental Security Income Benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows, to-wit:

     For the reasons announced by the Court on the record at the conclusion of the parties' oral argument on October 14, 2016, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

     IT IS SO ORDERED this the 17th day of October, 2016.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE